UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
IN ADMIRALTY

------------------------------------------------------------- x
GREAT LAKES REINSURANCE (UK) PLC, :
: CASE NO.: 09-cv-10777-JLT
  Plaintiff, :
:
vs. :
:
LAWRENCE GOBBI, and GEMB LENDING :
INC, :
:
  Defendants. :
------------------------------------------------------------- x

**[PROPOSED] FINAL JUDGMENT**

Pursuant to the Court's June 28, 2010 Order allowing Plaintiff Great Lakes Reinsurance (UK) PLC's Motion for Summary Judgment and Defendant GEMB Lending Inc.'s Motion for Summary Judgment, the Court now ORDERS, DECREES and ADJUDGES as follows:

1.  Final Judgment is hereby entered in favor of Plaintiff Great Lakes Reinsurance (UK) PLC and against Lawrence Gobbi. Defendant Gobbi shall take nothing under the Policy of Marine Insurance No.: OSPYP/112707. Defendant GEMB Lending, Inc., as loss payee under the Policy, shall also take nothing thereunder.

2.  Final Judgment is hereby entered in favor of Defendant GEMB Lending Inc. and against Defendant Lawrence Gobbi in the amount of $344,104.36, plus interest accruing from April 20, 2009.

_____
Joseph L. Tauro
United States District Judge

Dated: 9/23/ , 2010

10592075-v1